DOWD, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Giana P. La Monica, | ) |
| | ) CASE NO. 5:06 CV 1923 |
| Plaintiff(s), | ) |
| | ) |
| v. | ) <u>JUDGMENT ENTRY</u> |
| | ) |
| NaphCare, Inc., et al., | ) |
| | ) |
| Defendant(s). | ) |
| | ) |

For the reasons set forth in the Memorandum Opinion filed contemporaneously with this Judgment Entry, IT IS HEREBY ORDERED, ADJUDGED and DECREED that summary judgment is entered in favor of the defendants on Count One of the Amended Complaint.  IT IS FURTHER ORDERED that, pursuant to 28 U.S.C. § 1367(c)(3), the Court declines to exercise supplemental jurisdiction over the remaining two claims and remands these claims to the Summit County Court of Common Pleas.  Case closed, with each party to bear its own costs.

 January 8, 2006                        *s/ David D. Dowd, Jr.*
Date                                      David D. Dowd, Jr.
                                            U.S. District Judge